```
 1  RANDY SUE POLLOCK
    Attorney at Law (CSBN 64493)
 2  2831 Telegraph Avenue
    Oakland, CA 94609
 3  Telephone: (510) 763-9967
    Facsimile:  (510) 272-0711
 4
    MICHAEL STEPANIAN
 5  Attorney at Law (CSBN 037712)
    819 Eddy Street
 6  San Francisco, CA 94109
    Telephone: (415) 771-6174
 7  Facsimile:  (415) 474-3748

 8
    Attorneys for Defendant
 9  JAGPRIT SINGH SEKHON
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ooo

| UNITED STATES OF AMERICA, | CR. No. 06-00058-FCD [GGH] |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| JAGPRIT SINGH SEKHON, et al, | |
| Defendants. | |

Defendant Jagprit Singh Sekhon, by and through his counsel of record Randy Sue Pollock and Michael Stepanian, and Assistant United States Attorney Ben Wagner hereby stipulate and agree to modify the conditions of defendant s $100,000 appearance bond, which was originally set by the Central District of California, in order to permit his continued release in the Eastern District of California on the same conditions as originally

///

///

///

set, and to specifically order continued supervision by the Office of Pretrial Services.

Date: February 14, 2007

/s/ Randy Sue Pollock
Randy Sue Pollock
Michael Stepanian
Counsel for Defendant
Jagprit Singh Sekhon

Date: February 14, 2007

/s/ Ben Wagner
Ben Wagner
Assistant U.S. Attorney

SO ORDERED:

Dated: February 21, 2007

**GREGORY G. HOLLOWS**
U.S. Magistrate Judge

2