MICHAEL STEPANIAN (SBN 037712)
819 Eddy Street
San Francisco, California 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748

RANDY SUE POLLOCK (SBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile: (510 272-0711

Attorneys for Defendant
JAGPRIT SINGH SEKHON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

--o0o--

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>JAGPRIT SINGH SEKHON, et.al.,<br><br>    Defendants.<br>_____/ | No. 2:06-CR-00058 FCD<br><br>**ORDER EXTENDING TIME TO FILE MOTIONS PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE 29 AND 33**<br><br>_____ |

On the motion of Defendants pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure, and GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that defendants Jagprit Sekhon, Jagdip Sekhon, Manjit Rai and Luciana Harmath are granted an extension of time to file said motions pursuant to Rules 29 and 33. The motions must be filed no later than August 14, 2009, and the hearing is set for October 16, 2009 at 1:30 p.m.

Dated: July 13, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE