RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile: (510) 272-0711

MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748

Attorneys for Defendant
JAGPRIT SINGH SEKHON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR. S-06-00058 FCD** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE DATE FOR SENTENCING FOR JAGPRIT SINGH SEKHON** |
| JAGPRIT SINGH SEKHON, | |
| Defendants. | |

Defendant Jagprit Singh Sekhon, by and through his counsel of record Randy Sue Pollock and Michael Stepanian, and Assistant United States Attorney Camil Skipper hereby stipulate and agree to continue the sentencing as to Jagprit Sekhon from December 17, 2009 to Monday, January 11, 2010 at 10:00 a.m. This continuance is at the request of Mr. Stepanian who has a court appearance before the Honorable Vaughn Walker in *United States vs. Carla Brumley (CR. 09-00346-VRW)* which was set prior to the new date set for sentencing in this case.

1 All counsel will adhere to the dates previously set by this Court in the proposed
2 sentencing schedule filed on September 24, 2009.
3 United States Probation Officer George A. Vidales has no objection to this
4 continuance.

Date: October 16, 2009 /s/ Randy Sue Pollock
Randy Sue Pollock
Michael Stepanian
Counsel for Defendant
Jagprit Singh Sekhon

Date: October 16, 2009 /s/
Camil Skipper
Assistant United States Attorney

IT IS SO ORDERED:

Date: October 20, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE