Michael Stepanian
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, California 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748
Email: mstepanian@sbcglobal.net

Randy Sue Pollock
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, California 94609
Telephone: (510) 763-9967
Facsimile: (510) 272-0711
Email: pollockesq@aol.com

Attorneys for Defendant
JAGPRIT SINGH SEKHON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JAGPRIT SINGH SEKHON,<br><br>　　　　　Defendant.<br>_____/ | Docket No. 2:06-CR-00058-02 FCD<br><br>**ORDER FOR DEFENDANT JAGPRIT SEKHON TO PROCEED ON APPEAL *IN FORMA PAUPERIS* STATUS AND FOR THE APPOINTMENT OF APPELLATE COUNSEL** |

GOOD CAUSE SHOWN, based on the application and declaration of counsel,

IT IS HEREBY ORDERED that Jagprit Singh Sekhon be permitted to proceed on appeal in forma pauperis status.

IT IS FURTHER ORDERED that **KAREN LANDAU** is appointed to represent Jagprit Singh Sekhon as appellate counsel.

Dated: October 4, 2010

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Order for Defendant Jagprit Sekhon to Proceed on Appeal
*In Forma Pauperis* Status and for the Appointment of Appellate Counsel