UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable John A. Mendez
United States District Judge
Sacramento, California

                              **RE: Jagprit Singh Sekhon**
                                     **Docket Number: 0972 2:06CR00058-002**
                                     **PERMISSION TO TRAVEL**
                                     **OUTSIDE THE COUNTRY**

Your Honor:

Jagprit Singh Sekhon is requesting permission to travel to Ferozepur Cantt, Punjab, India. Jagprit Singh Sekhon is current with all supervision obligations. The Central District of California probation officer supervising Mr. Sekhon recommends approval be granted.

**Conviction and Sentencing Date:** On February 24, 2015, Jagprit Singh Sekhon was sentenced for the offense(s) of: Count 1: 18 USC 371 – Conspiracy to Defraud the United States and Make False Statements in Asylum Applications; Count 3, 5, 6, 9, 10, 11 and 12: 18 USC 1546 and 2 – False Statements in Asylum Application, Aiding and Abetting; Count 14: 18 USC 1001 and 2 – Aiding and Abetting False Statements; Count 17: 18 USC 371 – Conspiracy to Make False Statements.

**Sentence Imposed:** 108 months on Counts 3, 5, 6 and 9-12, and 60 months on Counts 1, 14 and 17, to be served concurrently, for a total term of 108 months; 36-month term of Supervised Release on Counts 1, 3, 5, 6, 912, 14 and 14, to run concurrently, for a total term of 36 months; Mandatory drug testing; No firearms; DNA collection; $1,000 Special Assessment.

**Dates and Mode of Travel:** August 26, 2016 to September 20, 2016 would depart and return via airline travel.

1

**RE:** **Jagprit Singh Sekhon**
**Docket Number: 0972 2:06CR00058-002**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

**Purpose:** Mr. Sekhon is requesting to travel to India to marry his fiancée, Amanda Kaur, who is presently residing in India and is a citizen of that country. He will be accompanied on the trip with his mother.

Respectfully submitted,

/s/ George A. Vidales
George A. Vidales
Supervising United States Probation Officer

Dated: June 20, 2016
Sacramento, California
GAV/sg

/s/ George A. Vidales
**REVIEWED BY:** **George A. Vidales**
**Supervising United States Probation Officer**

## ORDER OF THE COURT

☒ Approved ☐ Disapproved

**6/21/2016** /s/ John A. Mendez
**Date** **John A. Mendez**
**United States District Court Judge**

2