PHILLIP A. TALBERT
United States Attorney
CAMIL A. SKIPPER
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANJIT KAUR RAI and JAGDIP SINGH SEKHON,<br><br>Defendants. | CASE NO. 2:06-CR-00058-JAM-EFB<br><br>STPIULATION AND [PROPOSED] ORDER SETTING SCHEUDLE<br><br>DATE: January 17, 2018<br>TIME: 10:00 a.m.<br>COURT: Hon. Edmund F. Brennan |

By previous order, this matter was set for a status conference on January 17, 2018. ECF No. 678. The parties, by and through their counsel of record, make the following joint representations as to the status of the case:

1. By previous order, the Court has granted the defendants' motion to depose Ranbir Khera. ECF No. 727. Counsel have discussed scheduling the deposition in Sacramento and anticipate holding the deposition in the first half of February 2018. The parties have agreed that the United States will provide a court reporter for the deposition and pay for Mr. Khera's transport to Sacramento. Counsel for the government is currently seeking financial authorization.

2. By previous order, defendant Sekhon's motion to amend and proposed amended petition are due on or before January 17, 2018. Defendant Sekhon intends to file a motion to amend and amended petition. The government reserves the right to object to the amended petition, but

1

has represented that if the amended petition is limited to the same amendments raised by defendant Rai, it is not likely to object.

3. Counsel for the government is scheduled to begin trial on January 23, 2018. The trial is scheduled to last through the following week. Counsel has been fully occupied with preparing for trial and will require additional time to prepare responses to the amended petitions.

4. Counsel for defendant Rai is scheduled to be in trial for most of March 2018, and will need to prepare in advance of those dates. Counsel for the government is also currently scheduled to be in trial on March 20, 2018.

5. The defendants intend to file further discovery requests, which may necessitate further litigation in advance of any potential evidentiary hearing.

6. The parties agree that full briefing on the amended petitions and any discovery motions in advance of an evidentiary hearing will assist them in narrowing the issues for a hearing. As such, the parties agree that the currently scheduled status conference and evidentiary hearing should be vacated, that briefing on the amended petitions proceed as noted below, and that a further status conference be set, as noted below.

//

//

//

//

//

//

Accordingly, the parties jointly move to vacate the currently-scheduled status conference and evidentiary hearing and propose the following schedule to the Court:

1. Any objection by the government to defendant Sekhon's anticipated motion to amend his petition be filed on or before February 16, 2018, and any reply to the objections will be filed on or before February 23, 2018.
2. If there are no objections to resolve, the government's responses to both defendants' petitions be filed on or before March 16, 2018, and any replies filed on or before April 13, 2018.
3. A further status conference be set in this matter on April 18, 2018, at which point the parties will address the necessity and timing of an evidentiary hearing as well as any further motions.

Respectfully submitted,

Dated: January 12, 2018         PHILLIP A. TALBERT
                                United States Attorney

                          By:   /s/ JEREMY J. KELLEY
                                JEREMY J. KELLEY
                                Assistant United States Attorney

Dated: January 12, 2018         /s/ KRESTA NORA DALY
                                KRESTA NORA DALY
                                Counsel for Defendant
                                MANJIT KAUR RAI

Dated: January 12, 2018         /s/ ERIN J. RADEKIN
                                ERIN J. RADEKIN
                                Counsel for Defendant
                                JAGDIP SINGH SEKHON

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' joint status report and for the reasons stated therein, IT IS HEREBY ORDERED that

1. The status conference currently set for January 17, 2018, and the evidentiary hearing currently set for February 26, 2018, are vacated.
2. Any objection by the government to defendant Sekhon's anticipated motion to amend his petition shall be filed on or before February 16, 2018, and any reply to the objections shall be filed on or before February 23, 2018.
3. If there are no objections to resolve, the government's responses to both defendants' petitions shall be filed on or before March 16, 2018, and any replies shall be filed on or before April 13, 2018.
4. A further status conference shall be set in this matter on April 18, 2018 at 10:00 a.m., at which point the parties will address the necessity and timing of an evidentiary hearing as well as any further motions.

DATED: January 17, 2018.

THE HONORABLE EDMUND F. BRENNAN
CHIEF UNITED STATES MAGISTRATE JUDGE