UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Respondent,<br><br>  v.<br><br>JAGDIP SINGH SEKHON, MANJIT KAUR RAI,<br><br>  Movants. | No. 2:06-cr-0058-JAM-EFB P<br><br><br><br>ORDER AFTER HEARING |

On April 18, 2018, this action was on calendar for hearing after the court ordered Ranbir Khera to personally appear and show cause why he should not be sanctioned for failure to appear at his deposition. Attorney Erin Radekin appeared on behalf of movant Sekhon; Attorney Kresta Daly appeared on behalf of movant Rai. Assistant United States Attorney Jeremy Kelley appeared on behalf of respondent. Attorney Kelly Babineau appeared on behalf of Mr. Khera. Mr. Khera was not present himself and Ms. Babineau represented that she had not had any recent contact with him. She stated that she was unsure if Mr. Khera had been made aware of the court's order directing his personal appearance at this hearing.

/////

1

For the reasons stated on the record, IT IS HEREBY ORDERED that:

1. The parties shall have up to eight weeks to determine how to serve a subpoena on Mr. Khera, whom it appears is currently in India with an undetermined date of return to the United States.
2. The show cause order entered on April 3, 2018 (ECF No. 749) and directed at Mr. Khera is continued through June 20, 2018. He is directed to personally appear on that date, at 10:00 a.m. and in Courtroom No. 8, and show cause why he should not be sanctioned for his failure to appear at his deposition. He is advised that his failure to appear as ordered may result in the issuance of a bench warrant.
3. One week in advance of the June 20, 2018 hearing, the parties shall – either separately or jointly – file written status reports with the court advising of their efforts to serve a subpoena on Mr. Khera and what success, if any, they have had in doing so. In the event that the parties are unsuccessful in serving a subpoena on Mr. Khera before the June 20, 2018 hearing, they should, in their reports, represent their positions on how best to proceed with this matter.
4. The Clerk of Court shall serve a copy of this order on Ms. Babineau at kbabineau@klblawoffice.net.

DATED: April 18, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE