UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>vs.<br><br>JAGDIP SINGH SEKHON, MANJIT KAUR RAI<br><br>Movants. | No. 2:06-cr-0058-JAM-EFB<br><br><br>ORDER |

Pursuant to the parties' joint status report (ECF No. 762) and for the reasons stated therein, IT IS HEREBY ORDERED that:

1. The motion hearings currently set for June 20, 2018, and June 27, 2018, are vacated. However, the Court's order that Ranbir Khera appear on June 20, 2018, remains in effect, and the hearing on the show cause order will remain scheduled for June 20, 2018.

2. Hearing on the government's motion to quash (ECF No. 759) and petitioner Rai's motion for deposition (ECF No. 761) shall be rescheduled for August 15, 2018, at 10:00 a.m.

3. The government's response to the motion for deposition shall be filed on or before August 1, 2018.

1

4. Any reply briefing regarding the motions shall be filed on or before August 8, 2018.

DATED: May 31, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE