UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Respondent,<br><br>　vs.<br><br>JAGDIP SINGH SEKHON, MANJIT KAUR RAI,<br><br>　　　　Movants. | No. 2:06-cr-0058-JAM-EFB<br><br><br>ORDER |

The evidentiary hearing in this matter is currently set for September 16, 2019. ECF No. 800. Counsel for movant Rai has filed a stipulation and proposed order seeking to reschedule the hearing to September 30, 2019. ECF No. 803. Counsel for movant Sekhon and the government have been made aware of the request and have no objection. *Id.* at 1. The court, having reviewed its schedule, finds it appropriate to continue the hearing to October 7, 2019.

Accordingly, it is ORDERED that the evidentiary hearing set for September 16, 2019 is CONTINUED to October 7, 2019 at 9:30 a.m. in Courtroom No. 8 before the undersigned.

DATED: April 3, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE