IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>MANJIT KAUR RAI and JAGDIP SINGH SEKHON,<br><br>                Defendants. | CASE NO. 2:06-CR-00058-JAM-EFB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO RE-SET DATE OF EVIDENTIARY HEARING |

      By previous order, this Court set an evidentiary hearing in this matter to commence on April 16, 2019. ECF 800. On April 2, 2019, counsel for Petitioner Rai filed a stipulation and proposed order seeking to re-set the date of this hearing to September 30, 2019. ECF 803. The Court entered an order re-setting the hearing date, but in accordance with the Court's schedule, set the hearing for October 7, 2019.

      The parties now seek to vacate the October 7, 2019 date, and respectfully request to re-set the evidentiary hearing to commence on October 15, 2019. The parties understand this date is available to the Court, and is amenable to the parties.

      IT IS SO STIPULATED.

Dated: April 11, 2019                          McGREGOR W. SCOTT
                                                          United States Attorney

                                                          /s/ AMY SCHULLER HITCHCOCK
                                                          AMY SCHULLER HITCHCOCK
                                                          Assistant United States Attorney

| | | |
|---|---|---|
| Dated: April 11, 2019 | | /s/ KRESTA NORA DALY |
| | | KRESTA NORA DALY |
| | | Counsel for Defendant |
| | | Manjit Rai |

| | | |
|---|---|---|
| Dated: April 11, 2019 | | /s/ ERIN RADKIN |
| | | ERIN RADKIN |
| | | Counsel for Defendant |
| | | Jagdip Sekhon |

## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 17th day of April, 2019.

THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE