IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANJIT KAUR RAI and JAGDIP SINGH SEKHON,<br><br>Movants[1]. | CASE NO. 2:06-CR-00058-JAM-EFB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULING |

The United States and ~~Petitioners~~ Movants Manjit Kaur Rai and Jagdip Singh Sekhon respectfully submit this stipulation and proposed order concerning scheduling. Petitioners have represented that they desire additional time to supplement and file summary judgment briefing, as well as file an additional discovery motion. The parties have met and conferred regarding outstanding discovery issues and scheduling, and collectively propose the following schedule to the Court and request that it adopt that schedule.

1. By previous order, the Court set this matter for an evidentiary hearing on April 27, 2020. Dkt. 816. The parties request that the Court vacate this hearing date to allow the parties time to resolve discovery and summary judgment issues.

2. In accordance with the Court's earlier order, an expert retained by Petitioner Rai inspected the immigration files (A-files) of four individuals. *See* Dkt. 791 at 2-3 (Court ordering that the government make available the A-files sought by Rai for review by Rai's expert so that he could

---

[1] All references to petitioner herein are deemed modified to read movant.

1

identify and request production of specific documents that Rai contends are relevant to her claims). Following that review, Rai's expert identified 27 documents that Rai wished to have produced in discovery. The United States raises objections to the production of these documents, including that 8 C.F.R. § 208.6 prohibits it from disclosing these records pertaining to asylum applications to Petitioners without the written consent of the applicant. *See* 8 C.F.R. § 208.6(a); Dkt. 791 at 3 (Court stating that the government may assert objections to specific documents sought and reserving ruling on those objections); *id.* ("The court will, if necessary, conduct an in-camera review of disputed files to determine whether they should be produced"); *see also* 8 C.F.R. § 208.6(c)(2)(ii) (allowing disclosure to a court considering any legal action "arising from the proceedings of which the asylum application" is a part).

3. The parties agree that the government will lodge the 27 A-files documents Rai seeks for in camera review and file its objections with the Court on **February 5, 2020**. The parties agree that the Petitioners will file a response to the United States' objections by **February 19, 2020**, and that the United States will file a reply supporting its objections on **February 26, 2020**. The parties request that the Court hold a **March 11, 2020** hearing to address the objections.

4. After meeting and conferring regarding interrogatories and document requests that the United States wishes to serve, the parties also agree that the United States will file a motion seeking discovery on **February 5, 2020**. The parties further agree that Petitioners will file an opposition on **February 19, 2020**, the United States will file a reply on **February 26, 2020**, and the parties request that the Court hear the United States' discovery motion on **March 11, 2020** (at the same hearing scheduled to address the A-files documents). The parties agree that any other discovery motions will also be filed according to this schedule.

5. The parties ask the Court to set a **March 27, 2020** discovery cut off (extending the January 31, 2020 cut off set by the Court's prior order, Dkt. 816).

6. The parties also ask the Court to set an **April 13, 2020** date for disclosure of Petitioners' expert report.

7. The parties submit that, once the discovery issues have been resolved according to the preceding schedule, summary judgment proceedings can more effectively proceed. The parties ask the

Court to set the following schedule for summary judgment: **April 22, 2020** for filing a Statement of Undisputed Facts supporting Petitioner Rai's Motion for Summary Judgment (Dkt. 817, *see* LR 260(a)) and for other summary-judgment motion related filings, if any, **May 6, 2020** for opposing summary judgment, **May 13, 2020** to reply supporting summary judgment, and a **May 20, 2020** summary judgment hearing.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: January 22, 2020
McGREGOR W. SCOTT
United States Attorney

/s/ VICTORIA L. BOESCH
VICTORIA L. BOESCH
Assistant United States Attorney

Dated: January 22, 2020
/s/ KRESTA NORA DALY
(authorized 1/22/20)
KRESTA NORA DALY
Counsel for Petitioner
Manjit Rai

Dated: January 22, 2020
/s/ ERIN RADKIN
(authorized 1/22/20)
ERIN RADKIN
Counsel for Petitioner
Jagdip Sekhon

## [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 28th day of January, 2020.

THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE