**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Movants
JAGDIP SINGH SEKHON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Respondent,

v.

MANJIT KAUR RAI AND JAGDIP SINGH
SEKHON,

Movants.

CASE NO. 2:06-CR-00058-JAM-EFB

**AMENDED STIPULATION AND [PROPOSED]
ORDER MODIFYING DATES**

     The United States and movants Manjit Kaur Rai and Jagdip Singh Sekhon respectfully submit

this stipulation and proposed modifying the dates presently set for hearings on movant Sekhon's

discovery motion and on movant Rai's motion for summary judgment, briefing and other matters in this

case. The parties have met and conferred, and agree that a modification of all pending dates is

warranted in light of (1) the medically-enforced quarantine of undersigned counsel Erin J. Radekin after

her recent illness until March 23, 2020; and (2) the uncertainty regarding court and agency closures and

other matters in light of the national and local coronavirus emergency. The parties collectively propose

the following schedule to the Court and request that it adopt that schedule.

/////

/////

1

1. By previous order, the Court set a hearing for discovery matters on March 11, 2020 and a hearing on movant Rai's motion for summary judgment on May 20, 2020.  ECF no. 820.  The hearing was continued as to movant Sekhon's outstanding discovery motion, ECF no. 822, to March 18, 2020.  ECF no. 837.  The parties request that the Court vacate these hearing dates and re-set those dates for the reasons set forth above as follows: hearing on movant Sekhon's discovery motion, **May 20, 2020** at 10 a.m.; and hearing on the motion for summary judgment, **July 22, 2020** at 10 a.m., both in the courtroom of the Honorable Edmund F. Brennan.

2. The parties further agree to modify the following additional dates set pursuant to the Court's prior order, ECF no. 820: discovery cut-off to **June 5, 2020**; statement of undisputed facts related to the motion for summary judgment or other summary judgment-related filings to **June 17, 2020**; opposition to the motion(s) for summary judgment to **July 8, 2020**; and reply, if any, to **July 15, 2020**.

IT IS SO STIPULATED.

Respectfully submitted,


Dated: March 18, 2020                MCGREGOR W. SCOTT
                                     United States Attorney


                                      /s/ Amy Hitchcock
                                     AMY HITCHCOCK
                                     Assistant United States Attorney

Dated: March 18, 2020                 /s/ Kresta Nora Daly
                                     KRESTA NORA DALY
                                     COUNSEL FOR MOVANT
                                     MANJIT RAI

/////

/////

/////

/////

Dated: March 18, 2020

        /s/ Erin J. Radekin

ERIN J. RADEKIN
COUNSEL FOR MOVANT
JAGDIP SEKHON

### [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 17th day of March, 2020.

THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE