**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Movant
JAGDIP SINGH SEKHON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Respondent,

       v.

MANJIT KAUR RAI AND JAGDIP SINGH
SEKHON,

               Movants.

CASE NO. 2:06-CR-00058-JAM-EFB

**STIPULATION AND [~~PROPOSED~~] ORDER
MODIFYING DATES**

       The United States and movants Manjit Kaur Rai and Jagdip Singh Sekhon respectfully submit this stipulation and proposed order requesting to modify the date due for disclosure of movants' expert report, set by this court on April 13, 2020.

       The parties agree and stipulate as follows:

       1.  By previous order, the court adopted the parties' proposed schedule and ordered that movants' expert report was to be disclosed by April 13, 2020.  ECF 820.

       2.  By this stipulation, the parties request that the schedule be modified to allow additional time for preparation, so that movants' expert report is to be disclosed by **April 20, 2020**.  The government does not object to this request.

       3.  All other dates included in the court's previous order will remain as set.

1

IT IS SO STIPULATED.

Respectfully submitted,

Dated: April 13, 2020                    MCGREGOR W. SCOTT
                                         United States Attorney

                                          /s/ Amy Hitchcock
                                         AMY HITCHCOCK
                                         Assistant United States Attorney

Dated: April 13, 2020                     /s/ Kresta Nora Daly
                                         KRESTA NORA DALY
                                         COUNSEL FOR MOVANT
                                         MANJIT KAUR RAI

Dated: April 13, 2020                     /s/ Erin J. Radekin
                                         ERIN J. RADEKIN
                                         COUNSEL FOR MOVANT
                                         JAGDIP SINGH SEKHON

### [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 13th day of April, 2020.

THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE