UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-cr-0058-JAM-EFB P |
| Respondent, | |
| v. | ORDER |
| JAGDIP SINGH SEKHON, MANJIT KAUR RAI, | |
| Movants. | |

Pending before the court is movant Sekhon's motion to extend the time for filing a reply to the government's oppositions to the pending summary judgment motions. ECF No. 876. Currently, movants' replies are due on January 11, 2021. Sekhon seeks an extension to January 20, 2021. *Id.* at 2. The government has stated that it does not oppose the modification. *Id.*

Accordingly, it is ORDERED that:

1. The motion for extension of time (ECF No. 876) is GRANTED. Movants' replies to the government's opposition to their motions for summary judgment are now due January 20, 2021.

2. The motion for extension of time (ECF No. 875) is DENIED as moot.

/////

3. Hearing on the motions remains scheduled for January 27, 2021 at 10:00 a.m. in Courtroom No. 8.

SO ORDERED.

DATED: December 28, 2020.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE