1

2

3

4

5

6

7                      UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,                No.  2:06-cr-0058-JAM-EFB P

11              Respondent,

12        v.                                  ORDER

13   JAGDIP SINGH SEKHON, MANJIT
     KAUR RAI,
14
                Movants.
15

16

17        Movants, proceeding through counsel, filed motions to vacate, set aside, or correct their

18   sentences pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On August 6, 2021, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within fourteen days.  After extensions of time

23   time, movants have filed objections to the findings and recommendations and respondent has

24   filed a response thereto.

25        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

26   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

27   court finds the findings and recommendations to be supported by the record and by proper

28   analysis.

                                            1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 6, 2021, are adopted in full;

2. Movants' section 2255 motions, ECF Nos. 711 & 731, are denied;

3. The Clerk is directed to enter judgment accordingly;

4. The Clerk is directed to close the companion civil cases, Nos. 2:15-cv-2491-JAM-EFB P and 2:16-cv-0067-JAM-EFB P; and

5. The court declines to issue a certificate of appealability.


Dated:  December 20, 2021                    /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE